No. 7,928.—REGIONAL AGRICULTURAL CREDIT CORPORATION, Plaintiff and Respondent, v. ROBERT B. FRASER, Appellant.

Decided April 28, 1939.

PER CURIAM.—Respondent having confessed error herein and petitioned this court to reverse the judgment appealed from and remand the cause for further proceedings, it is so ordered.

*Mr. T. H. Burke,* for Appellant.

*Mr. J. R. Wine,* for Respondent.